# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1047
_____

In re: Sharhonda Shahid

*Debtor*

------------------------------

Sharhonda Shahid

*Appellant*

v.

FNBN I, LLC, by PennyMac Loan Servicing, LLC, its servicing agent; Amy Quintero

*Appellee*s

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: September 24, 2015
Filed: October 5, 2015
[Unpublished]
_____

Before WOLLMAN, BYE, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

In the Chapter 13 bankruptcy case of debtor Sharhonda Shahid, she filed an adversary complaint to disallow a claim, void a lien, and quiet title in real property, and for damages. Shahid now appeals after the bankruptcy court[1] granted summary judgment in favor of FNBN I, LLC, and Amy Quintero, on the adversary complaint; and after the district court[2] affirmed. This court reviews de novo the bankruptcy court's grant of summary judgment, applying the same standards as the district court, and giving Shahid the benefit of all reasonable inferences from the record. See Contemporary Indus. Corp. v. Frost, 564 F.3d 981, 984 (8th Cir. 2009). Shahid offers no valid basis for reversal, and we find none. Thus, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Kathy A. Surratt-States, Chief Judge, United States Bankruptcy Court for the Eastern District of Missouri.

[2]The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri.